1  GEORGE S. CARDONA
   Acting United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ
4  Assistant United States Attorney
   SBN 229637
5    Room 7211, Federal Building
     300 North Los Angeles Street
6    Los Angeles, California  90012
     Telephone:  (213) 894-2729
7    Facsimile:  (213) 894-0115
     Email: valerie.makarewicz@usdoj.gov

8  Attorneys for United States of America

9

10             UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

12               EASTERN DIVISION

13                                EDCV09-2064  RT (OPx)

14 UNITED STATES OF AMERICA,        ) Case No.
                                    )
15             Petitioner,          ) [PROPOSED] ORDER TO SHOW CAUSE
                                    )
16      vs.                         )
                                    )
17 CESAR CRUZ,                      )
                                    )
18             Respondent.          )
                                    )
19 _____ )

20      Upon the Petition and supporting Memorandum of Points and

21 Authorities, and the supporting Declaration to the Petition, the

22 Court finds that Petitioner has established its prima facie case

23 for judicial enforcement of the subject Internal Revenue Service

24 ("IRS" and "Service") summonses.  See United States v. Powell,

25 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also

26 Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

27 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

28 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.



FILED
CLERK, U.S. DISTRICT COURT

NOV 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1

1  1995) (the Government's prima facie case is typically made

2  through the sworn declaration of the IRS agent who issued the

3  summons); accord, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4  (9th cir. 1993).

5       **THEREFORE, IT IS ORDERED** that Respondent appear before this

6  District Court of the United States for the Central District of

7  California in Courtroom No. _**7**_ ,

8  _✓_      United States Courthouse
            312 North Spring Street,
9           Los Angeles, California 90012

10

11  _____   Roybal Federal Building and United States Courthouse
            255 E. Temple Street,
12          Los Angeles, California 90012

13

14  _____   Ronald Reagan Federal Building and United States Courthouse
            411 West Fourth Street,
15          Santa Ana, California 92701

16

17  _____   Brown Federal Building and United States Courthouse
            3470 Twelfth Street, Riverside, California 92501
18

19  on December 21, 2009, at _**9:00 a**_.m.

20  and show cause why the testimony and production of books, papers,

21  records and other data demanded in the subject Internal Revenue

22  Service summonses should not be compelled.

23       **IT IS FURTHER ORDERED** that copies of this Order, the

24  Petition, Memorandum of Points and Authorities, and accompanying

25  Declaration be served promptly upon Respondent by any employee of

26  the Internal Revenue Service or by the United States Attorney's

27  Office, by personal delivery or by certified mail.

28

1  **IT IS FURTHER ORDERED** that within ten (10) days after
2  service upon Respondent of the herein described documents,
3  Respondent shall file and serve a written response, supported by
4  appropriate sworn statements, as well as any desired motions.
5  If, prior to the return date of this Order, Respondent files a
6  response with the Court stating that Respondent does not desire
7  to oppose the relief sought in the Petition, nor wish to make an
8  appearance, then the appearance of Respondent at any hearing
9  pursuant to this Order to Show Cause is excused, and Respondent
10 shall be deemed to have complied with the requirements of this
11 Order.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    **IT IS FURTHER ORDERED** that all motions and issues raised by

2 the pleadings will be considered on the return date of this

3 Order.  Only those issues raised by motion or brought into

4 controversy by the responsive pleadings and supported by sworn

5 statements filed within ten (10) days after service of the herein

6 described documents will be considered by the Court.  All

7 allegations in the Petition not contested by such responsive

8 pleadings or by sworn statements will be deemed admitted.

9

10 DATED: This ___16th___ day of _November_____, 2009

11

12                              United States District Judge

13 Presented By:

14 GEORGE S. CARDONA
   Acting United States Attorney
15 SANDRA R. BROWN
   Assistant United States Attorney
16 Chief, Tax Division

17

18 _____  11/4/09
   VALERIE L. MAKAREWICZ
19 Assistant United States Attorney
   Attorneys for United States of America
20 Petitioner

21

22

23

24

25

26

27

28

                              4